## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SEVIER COUNTY, UTAH, a Utah political subdivision, and STATE OF UTAH, | **ORDER TERMINATING COUNSEL OF RECORD** |
| Plaintiffs, | Case No. 2:12-cv-452 |
| v. | Judge Clark Waddoups |
| UNITED STATES OF AMERICA, | |
| Defendant, | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, et al., | |
| Permissive Intervenor-Defendants. | |

Thomas J. Erbin is listed as one of the counsel of record for the Southern Utah Wilderness Alliance. He is now on inactive status with the Utah State Bar due to retirement. Because of his inactive license, the court directs the Clerk's Office to terminate his status as counsel of record in this matter.

SO ORDERED this 3rd day of September, 2025.

BY THE COURT:

Clark Waddoups
United States District Judge